IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*



| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 2:23-cr- 104 |
| ) | |
| v. ) | 18 U.S.C. §§ 545 and 2 |
| ) | Smuggling Goods into the United States |
| JOHN PATRICK GORDON DANE ) | (Count 1) |
| ) | |
| Defendant. ) | 18 U.S.C. §§ 922(o) and 924(a)(2) |
| ) | Illegal Possession of a Machinegun |
| ) | (Count 2) |
| ) | |
| ) | 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |
| ) | Felon in Possession of a Firearm |
| ) | (Count 3) |
| ) | |
| ) | 18 U.S.C. §§ 922(a)(4), 924(a)(1)(B), and 2 |
| ) | Transporting Machineguns Without a License |
| ) | (Count 4) |
| ) | |
| ) | 18 U.S.C. §§ 924(d) and 982(a)(2)(B); |
| ) | 28 U.S.C. § 2461(c) |
| ) | Criminal Forfeiture |

## INDICTMENT

August 2023 Term – at Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### (Smuggling Goods into the United States)

From in or about December 2022, to on or about January 10, 2023, in the Eastern District of Virginia and elsewhere, the defendant, JOHN PATRICK GORDON DANE, willfully, and knowingly and with intent to defraud the United States, aided and abetted by others both known and unknown to the grand jury, did smuggle and clandestinely introduce into the United States merchandise that should have been invoiced and contrary to law, that is, a firearm silencer, with

an approximate value of at least $17.46 that was falsely and misleadingly identified and described on a waybill and goods declaration presented to U.S. Customs and Border Protection.

(In violation of Title 18, United States Code Sections, 545 and 2.)

## COUNT TWO
### (Illegal Possession of a Machinegun)

On or about January 10, 2023, in the Eastern District of Virginia, the defendant, JOHN PATRICK GORDON DANE, did knowingly possess a machinegun, as defined in Title 26, United States Code, Section 5845(b) of the National Firearms Act, that is, a machinegun conversion device attached to a Glock Model 17, 9-millimeter pistol.

(In violation of Title 18, United States Code Sections, 922(o) and 924(a)(2), and Title 26, United States Code, Section 5854(b).)

## COUNT THREE
### (Felon in Possession of a Firearm)

On or about January 10, 2023, in the Eastern District of Virginia, the defendant, JOHN PATRICK GORDON DANE, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Glock Model 17, 9-millimeter pistol, said firearm having previously been shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).)

## COUNT FOUR
### (Transporting Machineguns Without a License)

From in or about December 2022, to on or about January 10, 2023, in the Eastern District of Virginia, and elsewhere, the defendant, JOHN PATRICK GORDON DANE, not being a licensed dealer, importer, manufacturer, and collector of firearms within the meaning of Chapter 44, Title 18, United States Code, aided and abetted by others both known and unknown to the grand jury, knowingly transported in interstate and foreign commerce from the People's Republic of China to the Commonwealth of Virginia, a machinegun, as defined in Title 26, United States Code, Section 5845(b) of the National Firearms Act, that is, a machinegun conversion devices, without the specific authorization of the Attorney General.

(In violation of Title 18, United States Code, Sections 922(a)(4), 924(a)(1)(B), and 2, and Title 26, United States Code, Section 5854(b).)

## **CRIMINAL FORFEITURE**

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1.  The defendant, if convicted of any of the violations alleged in this indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any firearm or ammunition involved in or used in the violation.

2.  The defendant, if convicted of the violation alleged in count one of this indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of the violation.

3.  If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with Title 18, United States Code, Sections 924(d) and 982(a)(2)(B); and Title 28, United States Code, Section 2461(c).)

*United States v. JOHN PATRICK GORDON DANE*
Criminal No. 2:23-cr-

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

A TRUE BILL:

REDACTED COPY

_____
FOREPERSON

JESSICA D. ABER
UNITED STATES ATTORNEY

By: *[signature]*
Graham M. Stolle
Special Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number – 757-441-6331
Facsimile Number – 757-441-6689
E-Mail Address – graham.stolle2@usdoj.gov