# FEDERAL PUBLIC DEFENDER
EASTERN DISTRICT OF VIRGINIA
500 E. MAIN STREET, SUITE 500
NORFOLK, VIRGINIA 23510
TEL: (757) 457-0870
FAX: (757) 457-0880
Email: keith_kimball@fd.org

| | |
|---|---|
| Geremy C. Kamens | Keith Loren Kimball, Supervisory |
| Federal Public Defender | Assistant Federal Public Defender |

February 17, 2024

<u>VIA ECF</u>
Honorable Elizabeth W. Hanes
United States District Judge
United States District Court
600 Granby Street
Norfolk, Virginia 23510

        RE:  United States v. John Patrick Gordon Dane
             Case No. 2:23- cr-104
             Sentencing Hearing:  February 26, 2024 at 11:00 a.m.

Dear Judge Hanes:

    With this letter, I am filing a letter of support from Mr. Dane's brother, Gordon Dane.  I ask that you please consider this letter when deciding the appropriate sentence for my client.

    Thank you.

                                    Sincerely,

                                    /s/
                            Keith Loren Kimball

cc – Via ECF and Email
Graham Stolle, AUSA
Latriston Cox, U.S. Probation Officer